# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 10, 2019

159776

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

HENRY EARL LOWE,
     Defendant-Appellant.

_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 159776
COA: 342841
Genesee CC: 17-041369-FH

     On order of the Chief Justice, the letter request of defendant-appellant to withdraw his application for leave to appeal is GRANTED. The appeal is dismissed with prejudice and without costs.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 10, 2019



Clerk